DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DR. MAMTA PATEL,** individually, **YATIN PATEL,** individually,
**STAMFORD DENTAL SPA, P.C., MANCHESTER SMILES FAMILY AND
IMPLANTS DENTISTRY, LLC, CT SMILES DENTISTRY, P.C.,** f/k/a **CT
SMILES TERRITORY DEVELOPER, LLC,** and **PARKWAY DENTAL
HAMDEN, P.C.,**
Appellant,

v.

**TRALONGO, LLC,**
Appellee.

No. 4D20-1156

[June 17, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE17-001178 (25).

John Strohsahl and Bradford J. Beilly of Beilly and Strohsahl, P.A., Fort Lauderdale, for appellants.

Robert M. Einhorn and Beshoy Rizk of Zarco Einhorn Salkowski & Brito, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ, and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***